AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Terrance Kelly<br><br>*Defendant(s)* | Case: 1:25-mj-00189<br>Assigned To: Judge Faruqui, Zia M.<br>Assign. Date: 8/29/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 28, 2025__ in the county of _____ in the
Jurisdiction of the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Dean Kezman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/29/2025

*Judge's signature*

City and state: Washington, DC

Zia M. Faruqui
*Printed name and title*